IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

RECEIVED
2020 AUG 27 P 4: 17
US MARSHALS SERVICE
MISSOULA, MT

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | CR 20-39-M-DWM |
| JOSEPH VERNON HOLMSTROM, | **WARRANT FOR ARREST** |
| Defendant. | |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest JOSEPH VERNON HOLMSTROM and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the Indictment charging him with Transportation of Stolen Firearms or Ammunition in violation of Title 18 United States Code, Sections 922(i) and 2; Possession and Transportation of Firearm or Ammunition by Person Under Indictment in violation of Title 18 United States Code, Sections 922(n) and 2; and, Possession with Intent to Distribute Controlled Substances in violation of Title 21 United States Code, Sections 841(a)(1) and 2.

Assigned to: AUSA Jennifer Clark

*Nicole Stephens*
_____
Nicole Stephens, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE KATHLEEN L. DESOTO
Missoula, Montana

Date of Issue: 26th day of August, 2020

| RETURN | | |
|---|---|---|
| DATE RECEIVED: 27AUG21 | LOCATION: MISSOULA, MT | |
| EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT | | |
| DATE OF ARREST: TRANSPORTED ON WHCAP 12APR21 | | *Rod Ostermiller* **UNITED STATES MARSHAL** |
| LOCATION: FLATHEAD CO. JAIL | | |
| BY: _____ | Deputy U.S. Marshal | |